UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TYRONE BROWN**, <br><br> Plaintiff, <br><br> v. <br><br> **OAKLAND COUNTY, et al.**, <br><br> Defendants. | 2:25-CV-10624-TGB-CI <br><br><br> **OPINION & ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Tyrone Brown ("Brown") was a pre-trial detainee confined at the Oakland County Jail in Pontiac, Michigan, when he instituted this action in March 2025 by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. His claims concern the alleged use of excessive force by deputies at the jail, as well as a psychiatric evaluation related to his state criminal prosecution and mental health care. He names 21 entities and individuals as defendants and sues them in their individual and official capacities. He seeks monetary damages. ECF No. 1.

When he filed the complaint, Brown did not pay the required filing and administrative fees nor did he submit an application to proceed without prepayment of the filing fee as necessary to institute a civil action in federal court. *See* 28 U.S.C. § 1915(a)(2). Consequently, the

Court issued a deficiency order requiring him to either pay the filing fee and administrative fee or to submit a properly completed application to proceed without prepayment of the filing fee within 30 days or by April 11, 2025. ECF No. 5. The order provided that if he did not do so, the case would be dismissed. *Id.* Brown has not corrected the deficiency within the allotted time for doing so.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Brown's civil rights complaint.[1] This case is closed. No further pleadings should be filed in this matter.

**IT IS SO ORDERED.**

Dated:   April 21, 2025

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[1] The Court notes that this newly dismissed complaint is predicated on the same facts as another civil rights complaint Brown filed, which is currently pending before this same Court. *See Brown v. Smith, et al.*, No. 24-cv-11662.